# Third District Court of Appeal

## State of Florida

Opinion filed September 20, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0041
Lower Tribunal No. 06-1866 SP

_____

**State Farm Mutual Automobile Insurance Company**,
Appellant,

vs.

**Best Medical Treatments, Inc., etc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Stephanie Silver, Judge.

Birnbaum, Lippman & Gregoire, PLLC, and Nancy W. Gregoire Stamper (Fort Lauderdale); Beighley, Myrick, Udell & Lynne, P.A., and Maury L. Udell, for appellant.

Kula & Associates, P.A., and Elliot B. Kula and William D. Mueller, for appellee.

Before EMAS, FERNANDEZ, and BOKOR, JJ.

PER CURIAM.

Affirmed.  Judges of the Eleventh Judicial Circuit v. Janovitz, 635 So. 2d 19, 20 (Fla.1994) ("[W]hen a motion for appellate attorney's fees has been timely filed, the court may enter an award of attorney's fees within a reasonable time after the issuance of the mandate.").